LINDEMANN, Respondent, v. RICHTER, Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by Katherine F. Lindemann, as executrix, etc., against Helena M. Richter. F. J. Sullivan, of New York City, for appellant. L. C. Ferguson, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re LITTLE. (Supreme Court, Appellate Division, First Department. April 1, 1915.) In the matter of John T. Little. No opinion. Referred to Hon. Henry A. Gildersleeve, official referee. Settle order on notice.

DOCTOR, Appellant, v. MANICO et al., Respondents. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Lester Doctor against Edward A. Manico and another. M. G. Holstein, of New York City, for appellant. J. H. Iselin, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

LOOMIS et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) Action by Leslie G. Loomis and another against the New York Central & Hudson River Railroad Company. No opinion. Motion granted, and order of reversal (153 App. Div. 938, 138 N. Y. Supp. 1126) entered November 20, 1912, amended, so as to state that the reversal was made upon questions of law only, and that the facts had been examined and no error found therein. See, also, 155 App. Div. 879, 139 N. Y. Supp. 1131.

LO RE v. FEDERMAN. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) Action by Vincent Lo Re against Philip Federman and Carl Rieger. No opinion. Motion granted, without costs. See, also, 151 N. Y. Supp. 1127.

LORENZ, Respondent, v. LORENZ, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Ada C. Lorenz against Samuel Lorenz. H. Fluegelman, of New York City, for appellant. A. I. Nova, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re LOW et al., Board of Rapid Transit R. Com'rs. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) In the matter of the application and petition of Seth Low and others, constituting the Board of Rapid Transit Railroad Commissioners, etc., for the appointment of commissioners of appraisal, etc. No opinion. Motion to require acceptance of the notice of appeal dated April 8, 1915, on behalf of the Public Service Commission, granted without costs.

LOWENSTEIN v. KOCH. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by C. Albert Lowenstein against Lulu Koch. No opinion. Motion for leave to appeal (165 App. Div. 760, 152 N. Y. Supp. 506) granted; question certified; order filed.

LOWINSON, Respondent, v. HILTON et al., Appellants. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Oscar Lowinson against Joseph Hilton and another. W. C. Low, of New York City, for appellants. A. T. Scharps, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to a motion to compel plaintiff to serve a further bill of particulars. Order filed.